IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN MACHESKY,<br>                  Plaintiff,<br><br>vs.<br><br>CHIEF HAWFIELD; LIEUTENANT BATES; WAYNESBURG BOROUGH; WAYNESBURG BOROUGH POLICE DEPARTMENT,<br>                  Defendants. | )<br>)<br>)<br>) Civil Action No. 07-9<br>) Chief Judge Gary L. Lancaster/<br>) Chief Magistrate Judge Amy Reynolds Hay<br>)<br>)<br>)<br>)<br>) |

## ORDER

AND NOW, this 25 day of January, 2010, after the Plaintiff, Brian Machesky, filed an action in the above-captioned case, and after the Defendants filed a Motion for Summary Judgment [65] which the Chief Magistrate Judge, in a Report and Recommendation [82], concluded should be granted, and after the Plaintiff filed Objections [83], and after this Court conducted an independent review of the record, including the Magistrate Judge's Report and Recommendation which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion for Summary Judgment [65] be GRANTED.

IT IS FURTHER ORDERED that the Court declines to exercise supplemental jurisdiction over the state law claims, and these claims are, therefore, dismissed.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, any appeal from this Order must be taken within thirty (30) days by filing a notice of appeal as provided Rule 3 of the Fed. R. App. P.

                                                  GARY L. LANCASTER
                                                  Chief United States District Judge

cc:    Honorable Amy Reynolds Hay
         Chief United States Magistrate Judge

         All Counsel of Record by electronic filing