# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN MACHESKY, | ) No: 07-9 |
| | ) |
| Plaintiff, | ) |
| | ) Chief Judge Gary L. Lancaster |
| vs. | ) Chief Magistrate Judge Amy Reynolds Hay |
| | ) |
| THE BOROUGH OF WAYNESBURG, | ) |
| THE WAYNESBURG POLICE | ) **ELECTRONICALLY FILED** |
| DEPARTMENT, CHIEF HAWFIELD, and | ) |
| LIEUTENANT BATES, | ) |
| | ) |
| Defendants | ) |

## ORDER OF COURT

AND NOW, this _26_ day of _July_, 2010, upon consideration of Plaintiff's Motion Seeking To Extend The Time For Appeal Pursuant To Federal Rule of Appellate Procedure 4(a)(5) and Defendants' Memorandum of Law in Opposition to that Motion, it is hereby ORDERED that Plaintiff's Motion is DENIED.

BY THE COURT:

_____
Gary L. Lancaster, Chief U.S. District Judge

12/966981.v1